IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

MYRON STILES,

    Plaintiff,

vs.                                    CIVIL ACTION NO. 3:18-cv-02108-B

AUTOZONE, INC.,                         **JURY TRIAL DEMANDED**

    Defendant.

_____/

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

COMES NOW Defendant, AutoZoners, LLC, (incorrectly referred to in Plaintiff's Complaint as AutoZone, Inc.), by and through its undersigned counsel, and respectfully submits its Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1, as follows:

AutoZoners, LLC is a non-governmental corporate party and a subsidiary of its ultimate parent corporation, AutoZone, Inc., a publicly owned corporation formed under the laws of Nevada. Therefore, AutoZone, Inc. is the ultimate parent corporation of AutoZoners, LLC.

Dated: October 5, 2018                    Respectfully submitted,

                                            */s/ Christopher S. Mann*
                                            Christopher S. Mann
                                            (TX Bar No. 24061563)
                                            Jones Walker LLP
                                            201 St. Charles Avenue
                                            New Orleans, Louisiana 70170-5100
                                            Telephone: (504) 582-8332
                                            Facsimile: (504) 589-8332
                                            E-Mail: cmann@joneswalker.com

                                            And

Laurie M. Riley, Esq.
Florida Bar No.: 657751
(Application for *Pro Hac Vice* Admission will be submitted)
Jones Walker LLP
201 South Biscayne Boulevard, Suite 2600
Miami, FL 33131
Telephone: (305) 679-5728
Facsimile: (305) 679-5816
Email: lriley@joneswalker.com

And

Tracy E. Kern, Esq.
Louisiana Bar No.: 20246
(Application for *Pro Hac Vice* Admission will be submitted)
Jones Walker LLP
201 St. Charles Avenue, 50th Floor
New Orleans, Louisiana 70170
Phone: (504) 582-8134
Facsimile: (504) 589-8134
Email: tkern@joneswalker.com

And

Amy K. Anderson
Texas Bar No. 24077064
Jones Walker LLP
811 Main Street, Suite 2900
Houston, Texas 77002
Telephone: 713.437.1800 Facsimile: 713.437.1810
Email: aanderson@joneswalker.com

**Counsel for Defendant**

## CERTIFICATE OF SERVICE

On October 5, 2018, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or *pro se* parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5 (b)(2).

John H. Crouch, IV
Kilgore & Kilgore, PLLC
3109 Carlisle, Suite 200
Dallas, TX  75204
Via Email: jhc@kilgorelaw.com

*/s/ Christopher S. Mann*
Christopher S. Mann